UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC GARCIA, Petitioner, v. STATE OF NEVADA, Respondent. | Case No. 3:26-cv-00642-ART-CLB ORDER |

*Pro se* Petitioner Eric Garcia has filed an application for leave to proceed *in forma pauperis* and a Motion for Postconviction Habeas Corpus Modification of Illegal Sentence. (ECF Nos. 1 ("IFP Application"), 1-1 ("Motion").) Based on Garcia's Financial Certificate (ECF No. 4), the Court finds that good cause exists to grant the IFP Application. However, Garcia's Motion, which challenges his state judgment of conviction, has not been filed on the appropriate form or in substantial compliance with the form. Accordingly, Garcia is directed to file a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 on the Court's form.[1] In doing so, Garcia is advised to follow the instructions on the form and place the case number, 3:26-cv-00642-ART-CLB, in the designated space.

It is therefore ordered that the IFP Application (ECF No. 1) is granted.

It is further ordered that on or before September 30, 2026, unless more time is requested and approved, Garcia must file a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. Garcia's failure to timely comply with this Order will result in the dismissal of this action without prejudice and without further advance notice.

[1] Garcia remains responsible for calculating the applicable statute of limitations. By ordering Garcia to file a § 2254 Petition, the Court makes no finding or representation that either Garcia's Motion or § 2254 Petition will be considered timely.

It is further kindly ordered that the Clerk of Court send Garcia a blank copy of the form Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 along with instructions.

DATED THIS 3rd day of September, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE